# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2234

_____

EDWIN TERRY WINFORD,

Appellant,

v.

FRIEDMAN INTEGRATED REAL
ESTATE GROUP,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

September 17, 2021

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.020(h); *see also* Fla. R. App. P. 9.100(c)(1).

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Edwin Terry Winford, pro se, Appellant.

No appearance for Appellee.